21 A.3d 215

IN THE MATTER OF PATRICE MERRITT DAVIS, AN
ATTORNEY AT LAW (ATTORNEY NO. 051581988).

June 30, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–403, concluding that **PATRICE MERRITT DAVIS** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of one year for violating *RPC* 8.4(b) (criminal act reflecting adversely on attorney's honesty, trustworthiness, or fitness as a lawyer), and good cause appearing;

It is ORDERED that **PATRICE MERRITT DAVIS** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective July 29, 2011 and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.